UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARRY VERN FOX,

        Plaintiff,

v.

JOSEPH LEHMAN,

        Defendant.

Case No. C05-5562FDB

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**. Plaintiff is currently detained at the Special Commitment Center on McNeil Island, and does not appear to have funds available to afford the $250.00 filing fee.

    The Clerk is directed to mail a copy of this Order to plaintiff.

    DATED this 29th day of August, 2005.

                                           Karen L. Strombom
                                           United States Magistrate Judge